AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ELBORIC QUADARIUS ROBINSON<br>a.k.a. "Bo"<br>a.k.a. "Bo-4K"<br><br>*Defendant(s)* | Case No.  1:20mj25 GRJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  1/1/2017 through 5/19/2020  in the county of  Alachua  in the  Northern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846; | Conspiracy to distribute over 500 grams of a mixture containing cocaine; |
| 21 U.S.C. § 843(b); and | Unlawful use of a communication facility; and |
| 18 U.S.C. § 924(c) | Possession of a firearm in furtherance of a drug-trafficking offense |

This criminal complaint is based on these facts:

See Attached AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT, incorporated fully herein

☑ Continued on the attached sheet.

*Complainant's signature*

Bradley T. Dando, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  05/19/2020

*Judge's signature*

City and state:  Gainesville, Florida

Gary R. Jones, US Magistrate Judge
*Printed name and title*

FILED USDC FLND GV
MAY 19 '20 AM11:36